**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:04CR00274-02 JLH

RAYMOND NEALY                                                                                DEFENDANT

## ORDER

Raymond Nealy's Motion for Submission of a Juror Questionnaire is GRANTED without objection. Document #343. The Clerk of the Court is directed to send the jury questionnaire attached to Nealy's motion to all prospective jurors in a manner to obtain answers to the questionnaire in a reasonable time prior to trial.

IT IS SO ORDERED this 9th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE